■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD J. SORRENTINO, Appellant. [908 NYS2d 382]—Motion for reargument denied. Present—Scudder, P.J., Fahey, Carni, Lindley and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH YOUNG, Appellant. [908 NYS2d 382]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Carni and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD F. MILLS, Appellant. [908 NYS2d 381]—Motion for reargument and renewal denied. Present—Martoche, J.P., Smith, Pine and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY McALLISTER, Appellant. [908 NYS2d 382]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUNDABIRA O. OJO, Appellant. [908 NYS2d 382]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [908 NYS2d 382]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL OGBORN, Appellant. [908 NYS2d 382]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Peradotto, Green and Gorski, JJ.

■ MICHAEL GUIFFRIDA, Individually and Doing Business as THE STOMPING GROUNDS, et al., Respondents, v STORICO DEVELOPMENT, LLC, et al., Appellants, et al., Defendant. [908 NYS2d 381]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY WASHINGTON, Appellant. [908 NYS2d 382]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.